# UNITED STATES DISTRICT COURT

## District of Minnesota

Mohamednoor Jimale Aden,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons and David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-525 ECT/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Emergency Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 3] is **GRANTED** as set forth in the Briefing Order [ECF No. 5].

2. Petitioner's petition for a writ of habeas corpus [ECF No. 2] **is GRANTED**. Respondents shall**, within seven days of this Order**, either:

a. Complete inspection and examination of Petitioner Mohamednoor A. pursuant to 8 U.S.C. § 1159(a), and file a notice confirming that inspection has been completed, identifying the outcome, and stating whether Respondents contend that continued detention is authorized on a specific lawful basis; or

b. Immediately release Petitioner from custody in Minnesota, and file a notice confirming the date, time, and location of release.

Date: 1/28/2026

KATE M. FOGARTY, CLERK